ANTHONY P. CAPOZZI, CSBN: 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
BRITTANY LEXUS MARTINEZ

**FILED**

DEC 1 3 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00252-LJO-SKO |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF WAIVER OF PERSONAL APPEARANCE** |
| BRITTANY MARTINEZ, | |
| Defendant. | |

**TO:  THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

Defendant, BRITTANY LEXUS MARTINEZ, hereby waives her right to be present in open Court upon the hearing of any motion or other proceeding in this cause, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

Defendant hereby requests the Court proceed during every absence of which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of her attorney, Anthony P. Capozzi, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day

---
1
DEFENDANT'S NOTICE OF WAIVER OF PERSONAL APPEARANCE

and hour the Court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18, United States Code, section 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without Defendant being present.

DATED: 12/13/18 By: *Brittany Matin*
BRITTANY LEXUS MARTINEZ
Defendant

Respectfully submitted,

DATED: 12/13/18 By: /s/Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Defendant BRITTANY LEXUS MARTINEZ

## ORDER

IT IS SO ORDERED. in accordance with Federal Criminal Procedure Rule 43(b).

DATED: 12/13/18 By: *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

2
DEFENDANT'S NOTICE OF WAIVER OF PERSONAL APPEARANCE