| | |
|---|---|
| 1 | **ANTHONY P. CAPOZZI, CSBN: 068525** |
| | **LAW OFFICES OF ANTHONY P. CAPOZZI** |
| 2 | 1233 W. SHAW AVE., SUITE 102 |
| | FRESNO, CALIFORNIA 93711 |
| 3 | PHONE: (559) 221-0200 |
| | FAX: (559) 221-7997 |
| 4 | EMAIL: Anthony@capozzilawoffices.com |
| | www.capozzilawoffices.com |
| 5 | |
| 6 | ATTORNEY FOR Defendant, |
| | BRITTANY MARTINEZ |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00252-4-NONE-SKO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |
| BRITTANY MARTINEZ, | |
| Defendant. | |

**TO: THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

It is hereby stipulated between the United States of America, by and through its representatives, Thomas Newman and Stephanie Stokman and the Defendant, Brittany Martinez, by and through her attorney of record, Anthony P. Capozzi, that release condition #7(c) imposed on Ms. Martinez on November 30, 2018 (docket #44), which requires her to reside with her third party custodian, Feness Flores, and not move or be absent from this residence for more than 24 hours without prior approval of PSO; be modified to show that Ms. Martinez is no longer required to reside with her third party custodian and is allowed to reside with her father, David Anthony Martinez, in his Fresno home and not move or be absent from his residence for more than 24 hours without prior approval of PSO.

All other conditions shall remain in full force and effect.

Defense counsel has spoken with pretrial services and the government and there is no objection to this modification.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED: February 28, 2020    By: */s/Thomas M. Newman*
THOMAS M. NEWMAN
Assistant United States Attorney

DATED: February 28, 2020    By: */s/Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney

DATED: February 28, 2020    By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant BRITTANY MARTINEZ

**<u>ORDER</u>**

IT IS HEREBY ORDERED, the court having received, read, and considered the parties' stipulation, that release condition #7(c) imposed on Ms. Martinez on November 30, 2018 (docket #44), which required her to reside with her third party custodian, Feness Flores, is hereby modified to show that Ms. Martinez is allowed to move and reside with her father in his Fresno home and not move or be absent from his residence for more than 24 hours without prior approval of PSO.

All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated: **March 2, 2020**

UNITED STATES MAGISTRATE JUDGE