ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-Mail:  Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
BRITTANY MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.                ) | CASE NO.:  1:18-CR-00252-4-JLT-SKO |
| Plaintiff,                ) ) | **MOTION TO CONTINUE SENTENCE** |
| v.                ) ) | **DATE OF JANUARY 20, 2023** |
| BRITTANY MARTINEZ,                ) ) | **AND ORDER**. |
| Defendant.                ) ) ) ) ) ) ) | |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

　　Defendant, Brittany Martinez, by and through her Attorney, Anthony P. Capozzi moves to continue the sentencing date of January 20, 2023.  Said motion is based upon the Declaration of Anthony P. Capozzi.

　　I, ANTHONY P. CAPOZZI DECLARE:

1. This attorney entered his appearance for Brittany Martinez on November 29, 2018 (Doc. # 18).

2. Ms. Martinez entered a plea of guilty on January 6, 2020, to the Use of a Communication Facility to Facilitate a Drug Trafficking Offense, a violation of 21 U.S.C. 843 (b).

3. A Presentence Investigation Report (PSR) was filed on March 6, 2020 (Doc. # 166).
4. Formal Objections were filed on March 13, 2020 (Doc. # 169).
5. On September 30, 2022, the government filed a Sentencing Memorandum (Doc. # 279).
6. The sentencing date is presently set for January 20, 2023.
7. Ms. Martinez qualifies for a Safety Valve, 2-point reduction, pursuant to U.S.S.G. 5C1.2, however, has not been able to meet with the Assistant United States Attorney or a federal agent to complete the interview.
8. The PSR is now over 2 years old, and circumstances have changed since the date of the filing of the PSR.
9. Ms. Martinez remains on Pre-Trial Release without any violations.
10. This attorney has spoken to Ms. Martinez a number of times this past week and has learned that both Ms. Martinez and her son have contracted the flu.
11. It is requested that the sentencing date be continued at the convenience of the court to allow Ms. Martinez to be debriefed and for another PSR to be prepared.

I declare under penalty and perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 13th day of January 2023, at Fresno, California.

Respectfully submitted,

 /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI, Attorney for
BRITTANY MARTINEZ

**ORDER**

IT IS HEREBY ORDERED that the Sentencing Hearing be continued from January 20, 2023, to February 6, 2023 at 10 a.m.

If Ms. Martinez intends to satisfy the final element for Safety Valve she must do so immediately. **The Court does not anticipate continuing the sentencing again.**

IT IS SO ORDERED.

Dated:   **January 17, 2023**

_____
UNITED STATES DISTRICT JUDGE