ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:       Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
BRITTANY MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA.   ) | CASE NO.:  1:18-CR-00252-4-JLT-SKO |
| )  Plaintiff,                ) | |
| v.                           ) | **STIPULATION TO CONTINUE SENTENCE DATE OF FEBRUARY 6, 2023 AND ORDER**. |
| BRITTANY MARTINEZ,           ) | |
| Defendant.                   ) | |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

   Defendant, Brittany Martinez by and through her Attorney, Anthony P. Capozzi and on behalf of the United States, Stephanie M. Stokman stipulate to continue the sentencing date of February 6, 2023, to March 27, 2023.

Dated: February 3, 2023,          By:  /s/ Anthony P. Capozzi_____
                                  ANTHONY P. CAPOZZI, Attorney for
                                  BRITTANY MARTINEZ

Dated: February 3, 2023,          PHILLIP A. TALBERT
                                  United States Attorney

                                  By: _/s/ Stephanie M. Stokman_____
                                  STEPHANIE M. STOKMAN
                                  Assistant United States Attorney

## ORDER

Based upon the Stipulation of the parties, it is hereby ordered that the sentencing date of February 3, 2023, be continued to March 27, 2023 at 10:00am.

IT IS SO ORDERED.

Dated:   **February 3, 2023**                         _____
                                                     UNITED STATES DISTRICT JUDGE