ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:   (559) 221-7997
E-Mail:   Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
BRITTANY MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>Plaintiff,<br><br>v.<br><br>BRITTANY MARTINEZ,<br><br>Defendant. | CASE NO.:  1:18-CR-00252-4-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ANTHONY P. CAPOZZI AS ATTORNEY OF RECORD AND ORDER.** |

A Criminal Complaint was filed on November 28, 2018.  On December 3, 2018, CJA Panel Attorney, Anthony P. Capozzi was appointed as trial counsel to represent Defendant, Brittany Martinez in this criminal case.  Ms. Martinez was sentenced on May 8, 2023. The time for filing a direct appeal was May 22, 2023. A direct Notice of appeal was filed on May 22, 2023. Ms. Martinez is presently on pre-trial release at sentencing, pending surrender to be on September 13, 2023.  The trial phase of Ms. Martinez's criminal case has, therefore, come to an end. Having completed his representation of Ms. Martinez.  CJA Attorney, Anthony P. Capozzi, now moves to terminate his appointment under the Criminal Justice Act.

Should Ms. Martinez require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Respectfully submitted,

Date: May 22, 2023,  By: /*s/ Anthony P. Capozzi,*  
Anthony P. Capozzi, Attorney for  
Brittany Martinez

**ORDER**

Having reviewed the notice and found that Anthony P. Capozzi has completed the services for which he was appointed, the Court hereby grants Anthony P. Capozzi's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, Brittany Martinez at the following address and to update the docket to reflect Defendant's pro se status and contact information:

3852 N. Forestier  
Fresno, CA 93722

IT IS SO ORDERED.

Dated:  **May 23, 2023**

/s/ Jennifer L. Thurston  
UNITED STATES DISTRICT JUDGE