UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRITTANY MARTINEZ, )<br>)<br>Defendant. )<br>) | Case No.: 1:18-CR-00252-4-JLT;<br>Appeal No.: 23-984<br><br>**ORDER APPOINTING COUNSEL** |

The defendant has sworn as to her financial inability to employ counsel and wishes the Court appoint counsel to represent her.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Carolyn Phillips is appointed to represent the above defendant in this case effective *nunc pro tunc* to May 24, 2023 on appeal. This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated: **May 26, 2023**

UNITED STATES DISTRICT JUDGE