Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833
cdp18@sbcglobal.net

Attorney for defendant Brittany Martinez

IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:18-cr-0252 JLT |
|---|---|---|
| Plaintiff, | ) ) | ORDER AUTHORIZING |
| v. | ) ) | THE FILING OF DOCUMENTS UNDER SEAL |
| BRITTANY MARTINEZ, | ) ) | (Local Rule 141) |
| Defendant. _____ | ) ) | |

    The Court has received the Notice of Request to Seal Documents and Request to Seal Documents of Defendant BRITTANY MARTINEZ.  The documents captioned, Exhibits to Defendant's Motion to Extend Time to Surrender, seven pages of medical records, attached as Exhibit "A" to the Request to Seal Documents, are ordered sealed and shall be filed and maintained under seal pending further order of this Court of the order of any higher Court having jurisdiction over the matter.

 GOOD CAUSE APPEARING;

Proposed Order Authorizing the Filing Of Documents Under Seal

IT IS SO ORDERED.

Dated: August 30, 2023

*Jennifer L. Thurston*
JENNIFER L. THURSTON
JUDGE OF THE U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA