Carolyn D. Phillips,  #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Defendant BRITTANY MARTINEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-252 JLT |
| *Plaintiff,* | UNOPPOSED MOTION FOR AN ORDER EXTENDING DEFENDANT'S SELF-SURRENDER DATE FROM SEPTEMBER 13, 2023, TO **JANUARY 24, 2024**; [Proposed] ORDER |
| v. | |
| BRITTANY MARTINEZ, | |
| *Defendant.* | |

**TO THE HONORABLE JENNIFER L. THURSTON, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:**

Ms. Martinez by and through her counsel moves this Court for an Order extending her current surrender date of September 13, 2023, to January 24, 2024.

Ms. Martinez requests an extension of her surrender date based on the July 18, 2023, surgical core biopsy from a mass in her left breast and required follow-up diagnostic tests.  Please see confidential medical records filed under seal herewith. Pursuant to standard benign biopsy protocol, Dr. Elma Aguilar scheduled a unilateral diagnostic mammogram and ultrasound for January 19, 2024, with the same imaging facility that discovered the mass, Women's Imaging Specialists in Health, Fresno.  An extension of Ms. Martinez's surrender date to January 24, 2024, would allow Ms.

Martinez to attend the scheduled mammogram and ultrasound, ensuring continuity of Ms. Martinez's medical care, and allowing sufficient time for test results to be analyzed.

On May 8, 2023, this Court sentenced Ms. Martinez to twenty-four months imprisonment for a violation of 21 U.S.C. § 843(b), use of a communication facility to facilitate a drug trafficking offense (Class E Felony) (offense ended 10/12/2018). The Court set a self-surrender date of September 13, 2023. See ECF 293.

Ms. Martinez remains in compliance with the conditions of her release since November 30, 2018, and is neither a flight risk nor a danger to the community.

On August 29, 2023, counsel conferred with Assistant U. S. Attorney Stephanie Stokman, regarding this request. Ms. Stokman responded she had no opposition to the requested extension of the surrender date to January 24, 2024.

Based on the foregoing reasons, it is respectfully requested that Ms. Martinez's surrender date be extended to January 24, 2024.

Dated:  August 29, 2023                     Respectfully submitted,

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
BRITTANY MARTINEZ

**FINDINGS AND ORDER**

**IT IS SO FOUND AND ORDERED** that as it is required by standard post-surgery protocols for Ms. Martinez to attend the scheduled unilateral diagnostic mammogram and ultrasound at the Women's Imaging Specialists in Health, Fresno on January 19, 2024, the surrender date of **September 13, 2023, shall be extended to January 24, 2024**.

The defendant is ordered to self-surrender directly to the designated Bureau of Prisons facility on **January 24, 2024**, at 2:00 p.m. If a facility has not been designated, she is ordered to surrender to the United States Marshal for the Eastern District at 2500 Tulare Street, Rm. 3501, Fresno, California, on the same date and time.

Dated: August 31, 2023

Hon. Jennifer L. Thurston
United States District Judge